David A. Linn #71693
Linn & Blate
P.O. Box 2347
Oakhurst, CA 93644
(559) 683-7333

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:07-mj-00280-WMW |
|---|---|
| Plaintiff, | **ORDER FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE** |
| vs. | |
| BRENT LONG | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the Court shall proceed during every absence of the Defendant pursuant to the Waiver of Defendant's Personal Presence, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court

**IT IS SO ORDERED**:

Dated: _____

U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED.

**Dated:   February 25, 2008**          /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE