1  **ERIC H. SCHWEITZER #179776**
   **REAL LAWYERS - AT AFFORDABLE**
2  **PRICES**™
   2333 MERCED STREET
3  FRESNO, CA 93721
   PHONE (559) 441-0441
4  FAX (559) 233-6947

5  ATTORNEY FOR BRENT GORDON LONG

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT GORDON LONG,<br><br>Defendant. | Case No.: 6:07-mj-00280-WMW<br><br>SUBSTITUTION OF ATTORNEY<br><br>DATE: Sept. 9, 2008<br>TIME: 10:00 AM<br>DEPT: Honorable W. M. Wunderlich |
|---|---|

Defendant BRENT GORDON LONG hereby seeks leave to substitute as Attorney of Record the Office of Attorney Eric H. Schweitzer for that of Office of Attorney David A. Linn.

I agree to the above substitution:

        /S/ Brent G. Long
        BRENT GORDON LONG    (8-27-08)

I agree to the above substitution:

        /s/ Eric H. Schweitzer
        ERIC H. SCHWEITZER   (8-27-08)

I agree to the above substitution:

        /S/ David A. Linn
        DAVID A. LINN    (28-Aug-08)

1     [See RULE 83-182(g)]

3     IT IS SO ORDERED that Eric H. Schweitzer is substituted
4 for David A. Linn as attorney of record in the above entitled
5 matter.

8     IT IS SO ORDERED.

9 **Dated:   August 29, 2008**        **/s/  William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE