IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| STATES OF AMERICA, | Case No.: 6:07-mj-00280 WMW |
|---|---|
| Plaintiff-Appellee, | (Appeal Case No.: 1:09-cr-00014-AWI) |
| vs. | ORDER FOR REFUND OF FINES PAID BY DEFENDANT |
| BRENT GORDON LONG, | |
| Defendant-Appellant. | |

   **WHEREAS**, this Court, on October 21, 2008, Ordered Defendant, Brent Gordon Long, to pay a fine in the amount of $490.00 and a $10.00 penalty assessment.

   **WHEREAS**, upon Appeal, this matter was reversed on November 18, 2009.

   **NOW, THEREFORE, IT IS HEREBY ORDERED:**

   That a refund in the above-indicated amounts or a combination thereof be issued, made payable to Mr. Brent Gordon Long and be mailed to his attorney of record at 2333 Merced Street, Fresno, California 93721.

   **IT IS SO ORDERED.**

Dated: 2/11/10

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

1

U.S. v. Brent Gordon Long - Order

02/11/2010 12:18 PM EST

Version 7.0.1  Page 1 of 1

# U.S. Courts
# Case Inquiry Report

**Case Number** DCAE607MJ000280  **Case Title** USA VS LONG

## Summary Party Information:

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | BRENT LONG | SPECIAL PENALTY ASSESSMENT | 10.00 | 10.00 | 0.00 |
| 001 | BRENT LONG | FINE-CRIME VICTIMS FUND | 490.00 | 490.00 | 0.00 |
|  |  |  | 500.00 | 500.00 | 0.00 |

## Registry Information:

**Depository Code**  **Depository Name**  **Account Type**  **Account Code**  **Depository Total**

## Transaction Information:

| Document Type/Number* | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT CAE200012008 Account Number DCAE607MJ000280-001 | 11/18/2008 | 1 | 11/19/2008 | SPECIAL PENALTY ASSESSMENT | PR |  | 10.00 |  | BRENT LONG | O | 04 | 504100 |
| CT CAE200012008 DCAE607MJ000280-001 | 11/18/2008 | 2 | 11/19/2008 | FINE-CRIME VICTIMS FUND | PR |  | 490.00 |  | BRENT LONG | O | 04 | 504100 |

## * Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |